

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 7, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

   Re: United States v. Emmett Bruce, et al., 22 CR 609 (KMK)

Dear Judge McCarthy:

  Defendant Emmett Bruce was arraigned today on the above-referenced indictment, which charges him with conspiracy to commit bank and wire fraud, wire fraud, bank fraud, aggravated identity theft, and possession of a firearm following a felony conviction, in violation of Title 18, United States Code, Sections 1349, 1343, 1344, 1028A(a)(1), and 922(g)(1), respectively (the "Indictment"). Bruce's codefendant, Scott DiBerardino, was arrested last week and will be brought before the Court at a future date. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Indictment, and the criminal complaint, No. 22 MJ 5168.

  Thank you for your consideration.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

            By: */s/ Jeffrey C. Coffman*
                  Jeffrey C. Coffman
                  Assistant United States Attorney
                  (914) 993-1940

SO ORDERED:

*/s/ Judith C. McCarthy*
HON. JUDITH C. McCARTHY   11-7-2022
United States Magistrate Judge
Southern District of New York